# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

JUSTIN WOOLSEY;  GARY ANDREW;
MATTHEW BOHANNAN;  WAYNE
BRECKENRIDGE;  PAUL BROWN;
RODNEY DUNCAN;  CHAD EVANS;
BRIAN GRISHAM;  DARRYL GRISSOM;
KYLE HINSON;  GERRETT HOWARD;
DENNIS MASSEY;  JEREMY MHOON;
GARY MYERS;  OBED PEEK;  JAMES
PHELPS;  ALVIN RILEY;  DEON
ROBINSON;  DAYLON SANFORD;
TRAVIS SCISSELL; and JASON TAYLOR                    PLAINTIFFS

v.                              No. 3:19-cv-377-DPM

CITY OF BLYTHEVILLE, ARKANSAS                    DEFENDANT

## ORDER

Joint motion, *Doc. 37*, granted.  The proposed settlement is fair, reasonable, and adequate.  *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982);  *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 (8th Cir. 2019);  *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018).  It reflects a good-faith resolution of a *bona fide* wages dispute.  And the attorney's fee was negotiated separately, after the parties had settled the wage claims.  The Court will issue Judgment and retain jurisdiction for a time to enforce the settlement.

So Ordered.

_WPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_21 March 2022_