# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JUSTIN WOOLSEY; GARY ANDREW;
ALVIN BELL; MATTHEW BOHANNAN;
WAYNE BRECKENRIDGE; PAUL BROWN;
RODNEY DUNCAN; CHAD EVANS;
BRIAN GRISHAM; DARRYL GRISSOM;
ETHAN GRISSOM; KYLE HINSON;
CHRIS HOLIFIELD; GERRETT HOWARD;
DENNIS MASSEY; JEREMY MHOON;
GARY MYERS; OBED PEEK; JAMES PHELPS;
ALVIN RILEY; DEON ROBINSON;
DAYLON SANFORD; TRAVIS SCISSELL;
and JASON TAYLOR                                                                   PLAINTIFFS

v.                            No. 3:19-cv-377-DPM

CITY OF BLYTHEVILLE, ARKANSAS                                          DEFENDANT

## JUDGMENT

Alvin Bell's and Ethan Grissom's claims are dismissed without prejudice. All other plaintiffs' claims are dismissed with prejudice. The Court retains jurisdiction until 17 June 2022 to enforce the settlement.

_____
D.P. Marshall Jr.
United States District Judge

21 March 2022